FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Mag. Case No. '08 MJ 8458

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COMPLAINT FOR VIOLATION OF** |
| Plaintiff, | |
| v. | Title 8, U.S.C., Section 1326 |
| Arturo ABURTO-Garcia, | Attempted Entry After Deportation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 20, 2008, within the Southern District of California, defendant Arturo ABURTO-Garcia, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported or removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF MAY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Arturo ABURTO-Garcia

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements in the investigative reports of Border Patrol Agent C. Wong, that the Defendant, Arturo ABURTO-Garcia, was found and arrested on or about May 20, 2008, approximately 7 miles east of Calexico, California.

The Calexico Border Patrol Stations Remote Video Surveillance System (RVSS) Operator observed a group of individuals make an illegal entry into the United States by crossing the International Boundary with Mexico. The RVSS Operator assisted Agent R. Pinto locate the group north of the border. Agent Pinto identified himself and approached the group to question them. It was determined the group, including one individual later identified as Arturo ABURTO-Garcia, are all citizens of Mexico illegally in the United States. ABURTO and the others were arrested and transported to the Calexico California Border Patrol Station.

Record checks of ABURTO revealed he has been previously removed on May 1, 2008. A further record check of ABURTO revealed he has an extensive criminal history.

There is no evidence that the defendant received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States.