AO 455(Rev. 5/85) Waiver of Indictment



FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY FF  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JORGE AYON-SOSA | CASE NUMBER: 08mj8463 <br> 08CR2078-LAB |

I, <u>JORGE AYON-SOSA</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/19/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Counsel for Defendant

Jorge Ayon Sosa
Defendant

Before _____
       Judicial Officer