# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR 2081-L__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. __06352298__ |
| Arturo Aburto-Garcia (1) | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/22/08__
the Court entered the following order:

__X__ Defendant be released from custody. AS TO THIS CASE ONLY.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __Δ PROCEEDING UNDER CASE 08CR 2778-L__

__Barbara L. Major__
UNITED STATES MAGISTRATE JUDGE

OR

Received __MERINO USMS__
          DUSM

W. SAMUEL HAMRICK, JR. Clerk
by __/s/ Michelle__
              Deputy Clerk

Crim-9 (Rev 6-95)                                     ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY